IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALI PATTERSON, | : | 1:12-cv-816 |
| | : | |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. J. Andrew Smyser |
| NORTHERN STATE PRISON, | : | |
| | : | |
| Respondent. | : | |

## MEMORANDUM

### July 10, 2012

**THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:**

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge J. Andrew Smyser (Doc. 6) filed on June 22, 2012 that recommends we dismiss the instant petition for writ of habeas corpus because Plaintiff failed to file an executed application for leave to proceed *in forma pauperis* nor has he paid the $5.00 filing fee, despite being directed to do so. Accordingly, the Magistrate Judge recommends dismissal of the action. Petitioner has not filed objections to the R&R, nor has he made any effort to pay the filing fee or file an executed *in forma pauperis* application. Thus, we shall dismiss the petition and close the case for failure to pay the filing fee. An appropriate Order shall issue.